Received in Chambers of:
U.S. District Judge
DORA L. IRIZARRY
JUL 2 1 2009

# MEMORANDUM
## TO THE HONORABLE DORA L. IRIZARRY
United States District Judge

RE: FAUSTIN, Flaubert
DKT. NO.: 07-CR-321-01
**Request to Release PreSentence & Judgment Order**

The above-named individual was sentenced by Your Honor on May 12, 2008, to Forty-One (41) Months Imprisonment and Thirty-Six (36) Months Supervised Release. This sentence followed the defendant's plea of guilty to Dealing in Counterfeit Obligations of the United States (18 USC 473 - a Class C Felony) and Illegal Re-entry to the United States After Deportation (8 USC 1326(a) and 1326(b)(2) - a Class C Felony).

Recently, our department received correspondence from the U.S. Probation Department in the District of New Hampshire advising that the defendant is awaiting sentencing in their district. In their efforts to provide a detailed Pre-Sentence Report to their Court, they are seeking to obtain a copy of the Pre-Sentence Report which our district submitted to Your Honor in February 2008. As this document has been sealed, the Court's permission is required in order to release this document. Our department has no objection to this request and as such, we respectfully recommend that Your Honor permit the release of the defendant's Pre-Sentence Report to the District of New Hampshire's Probation Department.

RESPECTFULLY SUBMITTED:
EILEEN KELLY
CHIEF U.S. PROBATION OFFICER

Prepared By: _____
Kelly A. Devine, Sr. U.S. Probation Officer

Approved By: _____ For
Robert E. Cardinal, Supervising U.S. Probation Officer

July 17, 2009

**Release Presentence and Violation Reports to D/NH:** ✓

s/ DLI
Hon. Dora L. Irizarry, U.S. District Judge       Date: 7/22/09

Other: _____

_____       _____
Hon. Dora L. Irizarry, U.S. District Judge       Date